IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANTONIO MOSS BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV167 |
| | ) | |
| NASH GENERAL HOSPITAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On December 21, 2020, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed Objections [Doc. #13] on January 11, 2021, and Defendant Rocky Mount Police Department filed a Response [Doc. #14]. The Court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #11], which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C § 1915(e)(2)(B) for failing to state a claim upon which relief may be granted, without prejudice to Plaintiff filing a new complaint against the proper parties setting out the basis for whatever timely claims he intends to pursue.

IT IS FURTHER ORDERED that the Motion to Dismiss [Doc. #6] is terminated as moot.

This the 29th day of January, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge

2

Case 1:20-cv-00167-NCT-JEP   Document 15   Filed 01/29/21   Page 2 of 2